AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baverman, Alan J. | Northern District of Georgia | 01/18/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full time | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

1885 US Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed real estate broker-agent and managing broker |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/26-29/2016 | San Francisco, California | Attend NCBJ National Convention as President of Federal Magistrate Judges Association | airfaire, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Flagstar Bank | Mortgage on Rental Property # 2 Smyrna GA | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCT Fid SEP IRA 090 | | | | | | | | | |
| 2. -Fid Govt MM (SPAXX) | A | Dividend | | | Closed | 08/25/16 | K | | Tfr to Schwab 665 |
| 3. -Synchrony Bank Retail CD 7/25/16 | A | Interest | | | Redeemed | 07/25/16 | J | | |
| 4. -Synchrony Bank Retail CD 7/24/17 | A | Interest | | | Closed | 08/11/16 | J | | tfr to Schwab 665 |
| 5. -Barckays BK DEL CD (8/19) | A | Interest | | | Closed | 08/11/16 | L | | tfr to Schwab 665 |
| 6. -FirstBank P R Santruce CD (11/17) | A | Interest | | | Closed | 08/11/16 | L | | tfr to Schwab 665 |
| 7. -GE CAP Bk Retail CD (8/18) | A | Interest | | | Closed | 08/11/16 | K | | tfr to Schwab 665 |
| 8. -Ally Bank CD (8/16) | A | Interest | | | Redeemed | 08/22/16 | K | | |
| 9. -Dreyfus Funds Standish GL Fixed Inc | A | Dividend | | | Closed | 08/11/16 | K | | tfr to Schwab 665 |
| 10. -PIMCO Inv Gr Corp Bond Instl | A | Dividend | | | Closed | 08/11/16 | J | | tfr to Schwab 665 |
| 11. -PIMCO Foreign Inst SHS | A | Dividend | | | Closed | 08/11/16 | J | | tfr to Schwab 665 |
| 12. -Israel ST $BD 7TH JU | A | Interest | | | Closed | 08/11/16 | K | | tfr to Schwab 665 |
| 13. -Fidelity Select Pharmaceuticals Index | A | Distribution | | | Sold | 07/29/16 | J | A | |
| 14. -Fidelity MSCI Health Care Index ETF | A | Dividend | | | Sold | 07/29/16 | J | A | |
| 15. -Fidelity Select Health Care Index | A | Distribution | | | Sold (part) | 07/29/16 | J | A | |
| 16. -Fidelity Select Health Care Index | | | | | Sold | 08/01/16 | J | A | |
| 17. -Fidelity Select Pharmaceuticals Index | A | Distribution | | | Sold (part) | 07/29/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Fidelity Select Pharmaceuticals Index | | | | | Sold | 08/01/16 | J | A | |
| 19. -Fidelity Select Biotechology Index | A | Distribution | | | Sold<br>(part) | 07/29/16 | J | A | |
| 20. -Fidelity Select Biotechology Index | | | | | Sold | 08/01/16 | J | A | |
| 21. --IShares Core S&P Total US St Mkt ETF | A | Dividend | | | Sold | 07/29/16 | J | A | |
| 22. -IShares U S Real Estate ETF (IYR) | A | Dividend | | | Sold<br>(part) | 07/29/16 | J | A | |
| 23. -IShares U S Real Estate ETF (IYR) | | | | | Closed | 08/11/16 | J | | tfr to Schwab 665 |
| 24. -Vanguard Sector Ind FDS ETF (VIS) | A | Dividend | | | Closed | 08/11/16 | J | | tfr to Schwab 665 |
| 25. SCHWAB SEP IRA 665 | | | | | | | | | |
| 26. -Deposit Account | A | Interest | K | T | Open | 08/11/16 | K | | tfr fm Fid 090 |
| 27. -Barclays BK DEL CD (8/19) | | | | | Open | 08/11/16 | L | | tfr fm Fid 090 |
| 28. -Barclays BK DEL CD (8/19) | | | | | Closed | 08/19/16 | L | | tfr to Schwab 049 |
| 29. -Dreyfus Funds Standish GL Fixed Inc | | | | | Open | 08/11/16 | K | | tfr fm Fid 090 |
| 30. -Dreyfus Funds Standish GL Fixed Inc | | | | | Closed | 08/19/16 | K | | tfr to Schwab 049 |
| 31. -FirstBank P R Santruce CD (11/17) | | | | | Open | 08/11/16 | L | | tfr fm Fid 090 |
| 32. -FirstBank P R Santruce CD (11/17) | | | | | Closed | 08/19/16 | L | | tfr to Schwab 665 |
| 33. -GE CAP Bk Retail CD (8/18) | | | | | Open | 08/11/16 | K | | tfr fm Fid 090 |
| 34. -GE CAP Bk Retail CD (8/18) | | | | | Closed | 08/19/16 | K | | tfr to Schwab 049 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -IShares U S Real Estate ETF (IYR) | | | | | Open | 08/11/16 | J | | tfr fm Fid 090 |
| 36.  -IShares U S Real Estate ETF (IYR) | | | | | Closed | 08/19/16 | J | | tfr to Schwab 049 |
| 37.  -Israel ST $BD 7TH JU | A | Interest | K | T | Open | 08/11/16 | K | | tfr fm Fid 090 |
| 38.  -PIMCO Foreign Inst SHS PFORX | | | | | Open | 08/11/16 | J | | tfr fm fid 090 |
| 39.  -PIMCO Foreign Inst SHS PFORX | | | | | Closed | 08/19/16 | J | | tfr to Schwab 049 |
| 40.  -PIMCO Inv Gr Corp Bond Instl (PIGIX) | | | | | Open | 08/11/16 | J | | tfr fm Fid 090 |
| 41.  -PIMCO Inv Gr Corp Bond Instl (PIGIX) | | | | | Closed | 08/19/16 | J | | tfr to Schwab 049 |
| 42.  -Synchrony Bank Retail CD 7/24/17 | | | | | Open | 08/11/16 | J | | tfr fm Fid 090 |
| 43.  -Synchrony Bank Retail CD 7/24/17 | | | | | Closed | 08/19/16 | J | | tfr to Schwab 049 |
| 44.  -Vanguard Sector Ind FDS ETF (VIS) | | | | | Open | 08/11/16 | J | | tfr fm Fid 090 |
| 45.  -Vanguard Sector Ind FDS ETF (VIS) | | | | | Closed | 08/19/16 | J | | tfr to Schwab 049 |
| 46.  SCHWAB CONTR IRA 049 | | | | | | | | | |
| 47.  -Barckays BK DEL CD (8/19) | A | Interest | | | Closed | 08/19/16 | L | | tfr fm Schwab 665 |
| 48.  -Dreyfus Funds Standish GL Fixed Inc | A | Dividend | K | T | Open | 08/19/16 | K | | tfr fm Schwab 665 |
| 49.  -FirstBank P R Santruce CD (11/17) | A | Interest | L | T | Open | 08/19/16 | L | | tfr fm Schwab 665 |
| 50.  -GE CAP Bk Retail CD (8/18) | A | Interest | K | T | Open | 08/19/16 | K | | tfr fm Schwab 665 |
| 51.  -Guggenheim S&P 500 Equal Weig HC ETF:RYH | A | Dividend | J | T | Buy | 09/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Guggenheim S&P 500 Equal Weig HC ETF:RYH | | | | | Buy (add'l) | 09/29/16 | J | | |
| 53. -Guggenheim S&P 500 Equal Weig HC ETF:RYH | | | | | Buy (add'l) | 10/11/16 | J | | |
| 54. -Guggenheim S&P 500 Equal Weig HC ETF:RYH | | | | | Buy (add'l) | 10/13/16 | J | | |
| 55. -IShares U S Real Estate ETF (IYR) | A | Dividend | J | T | Open | 08/19/16 | J | | tfr fm Schwab 665 |
| 56. -PIMCO Foreign Inst SHS PFORX | A | Dividend | J | T | Open | 08/19/16 | J | | tfr fm Schwab 665 |
| 57. -PIMCO Inv Gr Corp Bond Instl (PIGIX) | A | Dividend | J | T | Open | 08/19/16 | J | | tfr fm Schwab 665 |
| 58. -Synchrony Bank Retail CD 7/24/17 | A | Interest | J | T | Open | 08/19/16 | J | | tfr fm Schwab 665 |
| 59. -Vanguard Sector Ind FDS ETF (VIS) | A | Dividend | J | T | Open | 08/19/16 | J | | tfr fm Schwab 665 |
| 60. -Vanguard Health Care ETF: VHT | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 61. -Vanguard Health Care ETF: VHT | | | | | Buy (add'l) | 09/29/16 | J | | |
| 62. -Vanguard Health Care ETF: VHT | | | | | Buy (add'l) | 10/11/16 | J | | |
| 63. -Vanguard Health Care ETF: VHT | | | | | Buy (add'l) | 10/13/16 | J | | |
| 64. SCHWAB CONTR IRA 580 | | | | | | | | | |
| 65. -Ch Schwab US REIT ETF (SCHH) | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 66. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 09/13/16 | J | | |
| 67. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 10/06/16 | J | | |
| 68. -Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 10/13/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. –Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 11/04/16 | J | | |
| 70. –Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 11/15/16 | J | | |
| 71. –Ch Schwab US REIT ETF (SCHH) | | | | | Buy (add'l) | 12/13/16 | J | | |
| 72. –Schwab Emerging Mkts Equity ETF (SCHE) | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 73. –Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 09/13/16 | J | | |
| 74. –Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 10/13/16 | J | | |
| 75. –Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 11/15/16 | J | | |
| 76. –Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 11/16/16 | J | | |
| 77. –Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 12/13/16 | J | | |
| 78. –Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 12/19/16 | J | | |
| 79. –Schwab Emerging Mkts Equity ETF (SCHE) | | | | | Buy (add'l) | 12/27/16 | J | | |
| 80. –Schwab Funda EMG Mktts Large ETF IV (FNDE) | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 81. –Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 09/13/16 | J | | |
| 82. –Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 09/13/16 | J | | |
| 83. –Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 09/14/16 | J | | |
| 84. –Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 10/13/16 | J | | |
| 85. –Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 11/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 11/16/16 | J | | |
| 87. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 12/13/16 | J | | |
| 88. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 12/19/16 | J | | |
| 89. -Schwab Funda EMG Mktts Large ETF IV (FNDE) | | | | | Buy (add'l) | 12/27/16 | J | | |
| 90. -Schwab Fundamental INL Large COM ETF (FNDF) | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 91. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 09/13/16 | J | | |
| 92. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 10/13/16 | J | | |
| 93. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 11/15/16 | J | | |
| 94. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 11/17/16 | J | | |
| 95. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 12/13/16 | J | | |
| 96. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 12/19/16 | J | | |
| 97. -Schwab Fundamental INL Large COM ETF (FNDF) | | | | | Buy (add'l) | 12/27/16 | J | | |
| 98. -Schwab Fundamental INtl smal COM ETF (FNDC) | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 99. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 09/13/16 | J | | |
| 100. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 10/13/16 | J | | |
| 101. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 11/15/16 | J | | |
| 102. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 12/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Schwab Fundamental INtl smal COM ETF (FNDC) | | | | | Buy (add'l) | 12/19/16 | J | | |
| 104. -Schwab Fundamental US Large ETF IV (FNDX) | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 105. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 09/13/16 | J | | |
| 106. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 10/13/16 | J | | |
| 107. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 10/20/16 | J | | |
| 108. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 11/15/16 | J | | |
| 109. -Schwab Fundamental US Large ETF IV (FNDX) | | | | | Buy (add'l) | 12/13/16 | J | | |
| 110. -Schwab Fundamental US Small Com ETF (FNDA) | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 111. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 09/13/16 | J | | |
| 112. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 09/14/16 | J | | |
| 113. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 10/13/16 | J | | |
| 114. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 11/15/16 | J | | |
| 115. -Schwab Fundamental US Small Com ETF (FNDA) | | | | | Buy (add'l) | 12/13/16 | J | | |
| 116. -Schwab Int'l Equity ETF (SCHF) | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 117. -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 09/13/16 | J | | |
| 118. -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 10/13/16 | J | | |
| 119. -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 11/15/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 12/13/16 | J | | |
| 121.  -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 12/19/16 | J | | |
| 122.  -Schwab Int'l Equity ETF (SCHF) | | | | | Buy (add'l) | 12/30/16 | J | | |
| 123.  -Schwab Int'l Small Cap Eqy ETF (SCHC) | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 124.  -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 09/13/16 | J | | |
| 125.  -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 11/15/16 | J | | |
| 126.  -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 12/13/16 | J | | |
| 127.  -Schwab Int'l Small Cap Eqy ETF (SCHC) | | | | | Buy (add'l) | 12/19/16 | J | | |
| 128.  -Schwab US Large CAP ETF (SCHX) | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 129.  -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 09/13/16 | J | | |
| 130.  -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 10/13/16 | J | | |
| 131.  -Schwab US Large CAP ETF (SCHX) | | | | | Buy (add'l) | 11/15/16 | J | | |
| 132.  -Schwab US Small CAP ETF (SCHA) | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 133.  -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 09/13/16 | J | | |
| 134.  -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 10/13/16 | J | | |
| 135.  -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 11/04/16 | J | | |
| 136.  -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 11/15/16 | J | | |

| 1. Income Gain Codes: | A =$1,001 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Schwab US Small CAP ETF (SCHA) | | | | | Buy (add'l) | 12/13/16 | J | | |
| 138. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | A | Dividend | J | T | Buy | 08/24/16 | J | | |
| 139. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 09/13/16 | J | | |
| 140. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 10/13/16 | J | | |
| 141. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 11/15/16 | J | | |
| 142. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 11/16/16 | J | | |
| 143. -Vanguard GLBAL EX US REAL EST ETF IV (VNQI) | | | | | Buy (add'l) | 12/13/16 | J | | |
| 144. BROKERAGE ACCT Fid IRA 350 | | | | | | | | | |
| 145. -Fidelity Govt MM | A | Dividend | | | Closed | 08/11/16 | M | | tfr to Schwab 359 |
| 146. -MUFG UnionBank NA CD IDX ZERO (form. Union Bank CD) | A | Interest | | | Redeemed | 05/26/16 | K | A | |
| 147. -IShares Core Total US BD Mkt ETF | A | Dividend | | | Sold (part) | 04/27/16 | J | A | |
| 148. -IShares Core Total US BD Mkt ETF | | | | | Sold | 05/02/16 | J | A | |
| 149. -PIMCO Inv Gr Corp Bond Instl (PIGIX) | A | Dividend | | | Closed | 08/11/16 | J | | tfr to Schwab 359 |
| 150. -PIMCO Foreign Inst SHS (PFORX) | A | Dividend | | | Closed | 08/11/16 | J | | tfr to Schwab 359 |
| 151. -Fidelity Select Materials Portfolio | A | Dividend | | | Sold (part) | 07/29/16 | J | | |
| 152. -Fidelity Select Materials Portfolio | A | Dividend | | | Sold | 07/29/16 | J | | |
| 153. -Fidelity Select Software & IT SRVC | A | Dividend | | | Sold | 07/29/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Fidelity Select Chemicals | A | Dividend | | | Sold | 07/29/16 | J | A | |
| 155.  -Fidelity MSCI Info Tech Ind ETF (FTEC) | A | Dividend | | | Sold | 07/29/16 | K | A | |
| 156.  -Israel ST $8D JUB 05/19 | A | Interest | | | Closed | 08/11/16 | K | | tfr to Schwab 359 |
| 157.  -Vanguard Sector Index FDS Vanguard Utils Viper | A | Dividend | | | Closed | 08/11/16 | K | | tfr to Schwab 359 |
| 158.  SCHWAB IRA CONTRIB 359 | | | | | | | | | |
| 159.  -Deposit Account | A | Interest | M | T | Open | 08/11/16 | M | | |
| 160.  -Israel ST $8D JUB 05/19 | A | Interest | K | T | Open | 08/11/16 | K | | tfr fm Fidelity 350 |
| 161.  -PIMCO Foreign Inst SHS (PFORX) | A | Dividend | J | T | Open | 08/11/16 | J | | tfr fm Fidelity 350 |
| 162.  -PIMCO Inv Gr Corp Bond Instl (PIGIX) | A | Dividend | J | T | Open | 08/11/16 | J | | tfr fm Fidelity 350 |
| 163.  -Vanguard Sector Index FDS Vanguard Utils Viper | A | Dividend | K | T | Open | 08/11/16 | K | | tfr fm Fidelity 350 |
| 164.  BROKERAGE ACCT Fid X19 | | | | | | | | | |
| 165.  -Cash Acct (Fidelity) | A | Interest | | | Closed | 08/11/16 | J | A | |
| 166.  RENTAL PROPERTY | | | | | | | | | |
| 167.  -# 1 Atlanta, DeKalb Co., Ga. (2016 Assessment: $272,500) | E | Rent | N | S | | | | | |
| 168.  -#2 Smyrna, Cobb Co., Ga. (2016 Assessment: $129,000) | D | Rent | M | S | | | | | |
| 169.  FAMILY S CORPORATION (F1) | C | Distribution | N | T | | | | | |
| 170.  -American Funds Fundamental Investors-Class A (FI-A) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -American Funds WaMu Investors Fund - Class A (WMIF-A) | E | Dividend | N | T | | | | | |
| 172. -American Funds Inv. Co. of Amer. A (ICA-A) | A | Dividend | | | Distributed | 06/27/16 | J | A | |
| 173. -American Funds Money Market Fund-A (MMF-A) | A | Dividend | J | T | | | | | |
| 174. -American Funds New Economy Fund-A (NEF-A) | A | Dividend | J | T | | | | | |
| 175. -American Funds Smallcap World Fund-A (SCWF-A) | A | Distribution | J | T | | | | | |
| 176. -Trust Bank Account (SunTrust) | B | Interest | K | T | | | | | |
| 177. BANK ACCOUNTS | | | | | | | | | |
| 178. -North Georgia Bank 1 | A | Interest | M | T | | | | | |
| 179. -North Georgia Bank 2 | A | Interest | J | T | | | | | |
| 180. -North Georgia Bank 3 | A | Interest | J | T | | | | | |
| 181. -North Georgia Bank 4 | A | Interest | L | T | | | | | |
| 182. -North Georgia Bank 5 | A | Interest | K | T | | | | | |
| 183. -SunTrust 1 | A | Interest | J | T | | | | | |
| 184. -Chase I | A | Interest | J | T | | | | | |
| 185. -Chase II | A | Interest | J | T | | | | | |
| 186. TRUST BROKERAGE ACCOUNT (E-Trade) | | | | | | | | | |
| 187. -E-Trade cash balance | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Nuveen Preferred and Conv. Income Fund | B | Dividend | K | T | | | | | |
| 189. BELL & HOWELL RETIREMENT (II) SAVINGS PLAN NO. 3 (Fidelity) | | | | | | | | | |
| 190. -Fidelity Money Market (FDRXX) | A | Dividend | J | T | Distributed (part) | 12/01/16 | J | | |
| 191. -Fidelity Asset Mgr (FASMX) | A | Dividend | J | T | | | | | |
| 192. -IShares Core S&P Total US Stock Mkt (ITOT) | A | Dividend | J | T | | | | | |
| 193. BROKERAGE ACCT Fid IRA BDA | | | | | | | | | |
| 194. -Fidelity Govt MM | A | Distribution | | | Closed | 08/11/16 | K | A | tfr to Schwab 146 |
| 195. -IShares Core S&P Total US Stock Mkt ETF | A | Dividend | | | Sold | 07/29/16 | J | A | |
| 196. -James Balanced: Golden Rainbow Fund | A | Dividend | | | Sold | 08/01/16 | J | A | |
| 197. SCHWAB INH IRA BENE 146 | | | | | | | | | |
| 198. -Deposit account | A | Interest | K | T | Open | 08/11/16 | K | | tfr fm Fidelity BDA |
| 199. IRREVOCABLE TRUST | | | | | | | N | | |
| 200. -TransAmerica Annuity (Fixed) | B | Interest | L | T | Open | 02/17/16 | L | | See Part VIII, Note 1 |
| 201. -Baltimore County Real Estate (2016 assessment: $256,500) | | None | N | S | Open | 02/17/16 | N | | "" |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 01/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Trust created and activated for existing annuity and real property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan J. Baverman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544